No. 16,406.

TOWBIN ET AL. *v*. GATES.
(232 P. [2d] 742)

Decided April 23, 1951.    Rehearing denied June 11, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN E. FITZPATRICK, for plaintiffs in error.

Mr. MANDEL BERENBAUM, Mr. JOSEPH BERENBAUM, for defendant in error.